[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 25, 2002
THOMAS K. KAHN
CLERK

_____

No.   00-15959

_____

D.C. Docket No.  99-00742 CV-J-21B

DAVID C. SKRTICH,

                                                        Plaintiff-Appellee,

        versus

TIMOTHY ALVIN THORNTON, in his individual capacity,
JASON PATRICK GRIFFIS, in his individual capacity, et al.,

                                                        Defendants-Appellants.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(January 25, 2002)**

Before BLACK and BARKETT, Circuit Judges, and HOBBS*, District Judge.

On the Court's own motion, we vacate the original opinion in this case,

_____

*Honorable Truman M. Hobbs, U.S. District Judge for the Middle District of Alabama, sitting
by designation.

Skrtich v. Thornton, 267 F.3d 1251 (11th Cir. 2001).  A revised opinion will be issued in its place.